# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE SUTER and MICHAEL SUTER Wife and Husband, | : : | |
|     Plaintiffs | : : | No. 1:19-cv-01222 |
| v. | : : | (Judge Kane) |
| SPEEDWAY LLC and SANDRA F. MACFALINE aka SANDY MACFALINE aka SANDRA R. MACFALINE aka SANDRA F. MACFALINE aka SANDI MACFALINE aka S. MACFALINE aka SANDRA MACFALIHNE aka SANDRA R. MACFARLINE aka SANDRA MACJOLINE aka SANDRA EVANS aka SANDI EVANS aka SANDRA F. EVANS aka SANDY EVANS aka SANDRA SHETA aka SANDRA F. SHETA,     Defendants | : : : : : : : : : : : : | |

## ORDER

**AND NOW**, on this 31st day of October 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT** Plaintiffs Jane Suter and Michael Suter's motion to remand (Doc. No. 5), is **GRANTED**. The Clerk of Court is directed to remand the case to the Court of Common Pleas of Dauphin County, Pennsylvania and to close the above-captioned case.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania